Next case for argument before the panel is 21-1121, Makor Issues & Rights v. Google. Now, let me just start before we call on you, Mr. Abramson, with the fact that the deputy said that counsels are prepared to argue, but I understand we received this morning an unopposed motion for voluntary dismissal. So, can you just present that to the court at this time? Yes, Your Honor. As the court noted, we have filed an unopposed motion for voluntary dismissal last night, and as between the parties, the case is completely resolved. So, that's the status of the case. We did not have a ruling from the court on this unopposed motion prior to appearing for this argument. Hearing no questions from my colleagues, Mr. I have a question, Judge Prost. When you say unopposed, are we talking about basically a prejudice? Yes, it is. It's voluntarily dismissed the appeal, the above-captioned appeal, with each party to bear its own costs, and the underlying decision was a final judgment in the district court. And yes, it was a complete settlement between the parties. Okay. But the underlying, the decision below, still stands, right? Well, that's a question of law, but we're dismissing the appeal. So, that would be the consequence. The consequence of the dismissal. You're dismissing the appeal, however, you're waiving, and this is a waiver, not a full under the district court case. So, this is with prejudice, correct? So, we're dismissing the appeal, and we have a final judgment in the district court. So, the interpretation of that would be a question of law, but I have no reason to disagree with what Your Honor stated. Just to be clear, in other words, the district court proceeding, the district court adjudication of the claim remains in effect and on the record, and the only thing that is dislodged is this appeal of that opinion to our court? That would be correct, Your Honor. Okay. Does your friend on the other side  have anything to add? May it please the court, this is Nicholas Lee on behalf of Appellees. We have nothing further to add beyond an appellant statement. Appellees don't object to the dismissal, and we would just submit and agree with Your Honors that this would be with prejudice, and the final judgment in the district court would still hold. Okay. Anything more from my colleagues? We'll just take this under advisement and consider this motion as quickly as possible. Thank you. Thank you, Your Honor. Thank you, Your Honor. I don't want to say the case is submitted because I'm not sure what procedural posture we're in, but in any event, the panel will take the unopposed motion for voluntary dismissal under advisement, and that concludes our proceedings with respect to this case. Thank you. Thank you.